James Joseph Knochel
1100 W Valley View Rd
Prescott, AZ 86303
(928) 925-0279
knochj@gmail.com



FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 9 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Noelle Mihaylo<br>    Plaintiff<br><br>v.<br><br>James Joseph Knochel,<br>    Defendant, | Case Number:   CV-19-08137-PCT-SMB<br><br><br>Motion to Appoint Council |

### Motion to Appoint Council From Pro-Bono Program

Defendant hereby moves the court to ask the coordinator of the Court's pro bono program to look for counsel to help the defendant with this removal, as either general or limited representation. Defendant is incapable of affording counsel and has filed this action under a motion for in forma pauperis, pursuant to 28 U.S.C. § 1915.

This case is exceedingly simple, but has profound implications for the rule of law. Defendant is at a significant disadvantage in all legal proceedings, as he has no formal legal training. The closest law library is over 100 miles away from his residence.

Plaintiff is also in need of appointed counsel, but she is probably not indigent, and therefore would have to pay the appointed counsel herself.

Date: _May 9, 2019_              _James Knochel_
                                 Signature of Pro Se Defendant
                                 James Joseph Knochel