James Joseph Knochel
1100 W Valley View Rd
Prescott, AZ 86303
(928) 925-0279
knochj@gmail.com

```
__FILED    __LODGED
__RECEIVED __COPY
   MAY 1 4 2019
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

## IN UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Noelle Mihaylo<br>    Plaintiff<br><br>v.<br><br>James Joseph Knochel,<br>    Defendant, | Case Number:   GMS - (JZB)<br>CV-19-08137-PCT-SMB<br><br>**Proof of Service – Plaintiff** |

### Service of Notice of Removal to Plaintiff

I, James Joseph Knochel, do swear or declare that on May 9, 2019 I served a "Notice To Adverse Party Of Removal", a copy of the Notice of Removal, and this proof of service on the Plaintiff, by hand-delivering these three documents to the clerk of the Prescott Justice Court, located at 120 S. Cortez St. Room 103, who will forward them to the plaintiff at her secret address.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ James Knochel*
James Joseph Knochel

May 9, 2019