James Joseph Knochel
1100 W Valley View Rd
Prescott, AZ 86303
(928) 925-0279
knochj@gmail.com

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Emily Noelle Mihaylo<br>　　　　　Plaintiff<br><br>v.<br><br>James Joseph Knochel,<br>　　　　　Defendant, | Case Number:　　　GMS-(JZB)<br>　　　CV-19-08137-PCT-SMB<br><br><br>**Proof of Service – State Court** |

### Service of Notice of Removal to State Court

I, James Joseph Knochel, do swear or declare that on May 9, 2019 I served a "Notice of Filing Of Notice of Removal", a copy of the Notice of Removal, and this proof of service on the Prescott Justice Court, by hand-delivering these three documents to the clerk of the Prescott Justice Court, located at 120 S. Cortez St. Room 103.

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_
James Joseph Knochel

May 9, 2019