# United States District Court
### District of Arizona
### Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk Of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**Michael S. O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**Debra D. Lucas**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



May 20, 2019

Clerk's Office
Prescott Justice Court
Yavapai County Courthouse
120 South Cortez Street
Prescott, AZ 86303

**ATTN:** Judge Glenn A. Savona

**RE:** **REMAND TO PRESCOTT CITY JUSTICE COURT**

**District Court Case Number:** <u>CV-19-8137-PCT-GMS-JZB</u>

**Justice Court Case Number:** J1303PO2019000067

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on <u>May 20, 2019,</u> remanding the above case to Prescott Justice Court.

       Sincerely,

       BRIAN D. KARTH, DCE/CLERK OF COURT

       <u>S/L. Dixon</u>
       Deputy Clerk

Enclosure
cc: all counsel